one of defendant's taxicabs and received the injuries complained of.

*Lyman A. Spalding* for appellant.

*Charles R. Coulter* and *Harry A. Gair* for respondent.

Judgment affirmed, with costs; no opinion.

Concur· CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

HOWARD T. SAPERSTON, as Trustee in Bankruptcy of WOODWARD MOTOR COMPANY, INC., Respondent, *v.* NATIONAL BOND AND INVESTMENT COMPANY, Appellant.

*Bankruptcy — debtor and creditor — preference — action by trustee in bankruptcy to recover money paid on unsecured debt by insolvent corporation.*

*Saperston* v. *Nat. Bond & Investment Co.*, 219 App. Div. 761, affirmed.

(Argued November 23, 1927; decided December 13, 1927.)

APPEAL from a judgment, entered January 15, 1927, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of defendant entered upon a verdict directed by the court and directing judgment in favor of plaintiff. The complaint alleged that on August 8, 1924, the petition in involuntary bankruptcy was filed; that the adjudication was on August 15, 1924, and plaintiff was appointed trustee on August 29, 1924; that from July 10 to July 29, 1924, the bankrupt transferred money to defendant in payment of an unsecured debt; that such transfer enabled defendant to obtain and operated as a preference, and that defendant had reasonable cause to believe that the transfer operated as a preference. The complaint also alleged that the transfer was made with intent to hinder, delay and defraud creditors and not in good faith for present fair consideration. Defendant claimed that the money paid it was in restitution of money stolen from it by the bankrupt.

Prepared by State Reporter from Appeal Papers

*Harold E. Orr* for appellant.

*Howard T. Saperston, Daniel N. McNaughton* and *Wilbur B. Grandison* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS LEHMAN, KELLOGG and O'BRIEN, JJ.

---

MARIE LARSEN, Appellant, *v.* JOHN LESTER, Respondent.

*Negligence — motor vehicles — passenger in automobile injured through overturning of car — complaint in action for injuries dismissed.*

*Larsen v. Lester*, 218 App. Div. 788, affirmed.

(Argued November 23, 1927; decided December 13, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 20, 1926, unanimously affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff while a passenger in an automobile, driven by defendant's brother, received the injuries complained of by reason of the overturning of the automobile.

*Maurice B. Gluck* and *Murray M. Kreindler* for appellant.

*George J. Stacy* and *James J. Mahoney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.